ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Attorney General Rob Bonta,
in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOBILIZE THE MESSAGE, LLC; MOVING OXNARD FORWARD, INC.; and STARR COALITION FOR MOVING OXNARD FORWARD,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 2:21-cv-05115-VAP-JPRx<br><br>**ORDER GRANTING JOINT STIPULATION TO MOVE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: The Honorable Virginia A. Phillips<br>Trial Date: Not set<br>Action Filed: 6/23/2021 |

The Court has reviewed the parties' Joint Stipulation to Move the Hearing on Plaintiffs' Motion for Preliminary Injunction.  Good cause appearing, the request is GRANTED.

The hearing date on Plaintiffs' Motion for Preliminary Injunction, currently scheduled for July 26, 2021, is moved to August 2, 2021 at 2:00 p.m.

/ / /

/ / /

/ / /

The deadline for Defendant's response to the Motion is July 12, 2021. The deadline for Plaintiffs' reply is July 19, 2021.

IT IS SO ORDERED.

Dated: July 2, 2021

_____
Hon. Virginia A. Phillips
United States District Judge