INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
    agura@ifs.org
1150 Connecticut Avenue, N.W.,
    Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:     202.301.3399

Attorneys for Plaintiffs
Mobilize the Message, LLC; Moving
Oxnard Forward, Inc.; and Starr
Coalition for Moving Oxnard Forward

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILIZE THE MESSAGE, LLC; MOVING OXNARD FORWARD, INC.; and STARR COALITION FOR MOVING OXNARD FORWARD,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No 2:21-cv-05115 VAP (JPRx)<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**PLAINTIFFS MOBILIZE THE MESSAGE, LLC; MOVING OXNARD FORWARD, INC.; AND STARR COALITION FOR MOVING OXNARD FORWARD'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>The Hon. Virginia A. Phillips |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiffs Mobilize the Message, LLC, Moving Oxnard Forward, Inc., and Starr Coalition for Moving Oxnard Forward hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order denying Plaintiffs' motion for a preliminary injunction [ECF No. 24] filed in this case on August 9, 2021 and entered in this case on August 10, 2021.

| | |
|---|---|
| Dated:  August 10, 2021 | Respectfully submitted, |
| | By:  /s/ Alan Gura |

                                                     Alan Gura (SBN 178221)
                                                        agura@ifs.org
                                                  INSTITUTE FOR FREE SPEECH
                                                  1150 Connecticut Avenue, N.W., Suite 801
                                                  Washington, DC 20036
                                                  Phone: 202.967.0007
                                                  Fax:    202.301.3399

                                                  Attorneys for Plaintiffs
                                                  Mobilize the Message, LLC; Moving
                                                  Oxnard Forward, Inc.; and Starr
                                                  Coalition for Moving Oxnard Forward

**REPRESENTATION STATEMENT**
**NINTH CIRCUIT RULE 3-2(B)**

**Counsel for Plaintiffs Mobilize the Message, LLC; Moving Oxnard Forward, Inc.; and Starr Coalition for Moving Oxnard Forward:**

> Alan Gura
> Institute for Free Speech
> 1150 Connecticut Avenue, N.W., Suite 801
> Washington, DC 20036
> Telephone: 202.967.0007

**Counsel for Defendant Rob Bonta, in his official capacity as Attorney General of California:**

> Rob Bonta, Attorney General of California
> Heather Hoesterey, Supervising Deputy Attorney General
> Jose A. Zelidon-Zepeda, Deputy Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102-7004
> Telephone: (415) 510-3879