1  ROB BONTA
   Attorney General of California
2  HEATHER HOESTEREY
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
4  State Bar No. 227108
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3879
6   Fax:  (415) 703-1234
    E-mail:  Jose.ZelidonZepeda@doj.ca.gov
7  *Attorneys for Defendant Attorney General
   Rob Bonta, in his official capacity*
8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| **MOBILIZE THE MESSAGE, LLC;** **MOVING OXNARD FORWARD, INC.; and STARR COALITION FOR MOVING OXNARD FORWARD,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 2:21-cv-05115-VAP (JPRsx)<br><br>**DEFENDANT ROB BONTA'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:         September 20, 2021<br>Time:        2:00 P.M.<br>Courtroom:   8A<br>Judge:        The Honorable Virginia A. Phillips<br>Trial Date:  Not set<br>Action Filed: 6/23/2021 |
|---|---|

20

21      TO PLAINTIFFS MOBILIZE THE MESSAGE, *et al.*:

22      TAKE NOTICE THAT on September 20, 2021, at 2:00 p.m., or as soon

23  thereafter as this motion may be heard, in courtroom 8A, 8th floor, in the United

24  States District Court for the Central District of California, Western Division, 350

25  West 1st Street, Los Angeles, California, Defendant Rob Bonta, will move to

26  dismiss this action under Federal Rule of Civil Procedure 12(b)(6) on the grounds

27  that the Complaint fails to state a claim upon which relief can be granted.  This

28

                                        1

1  motion is based on the Complaint, the accompanying memorandum of points and
2  authorities, and any argument to be made at the hearing on this motion.
3      This motion is made following the conference of counsel pursuant to L.R. 7-3,
4  which took place on August 9, 2021.

6  Dated: August 16, 2021                    Respectfully submitted,

                                             ROB BONTA
                                             Attorney General of California
                                             HEATHER HOESTEREY
                                             Supervising Deputy Attorney General

                                             */s/ Jose A. Zelidon-Zepeda*

                                             JOSE A. ZELIDON-ZEPEDA
                                             Deputy Attorney General
                                             *Attorneys for Defendant Attorney General
                                             Rob Bonta, in his official capacity*

SA2021303104
42782235.docx