INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
   agura@ifs.org
1150 Connecticut Avenue, N.W.,
   Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399

Attorneys for Plaintiffs
Mobilize the Message, LLC; Moving
Oxnard Forward, Inc.; and Starr
Coalition for Moving Oxnard Forward

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILIZE THE MESSAGE, LLC; MOVING OXNARD FORWARD, INC.; and STARR COALITION FOR MOVING OXNARD FORWARD,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>                    Defendant. | Case No 2:21-cv-05115 VAP (JPRx)<br><br>**NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Date:         Sept. 20, 2021<br>Time:        2:00 p.m.<br>Courtroom:   8A<br>Judge:        The Honorable Virginia A. Phillips<br>Trial Date:   Not set<br>Action Filed: 6/23/2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 20, 2021, at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Hon. Virginia A. Phillips of the United States District Court for the Central District of California, Western Division, located at Courtroom 8A, 8th Floor, 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Mobilize the Message, LLC; Moving Oxnard Forward, Inc.; and Starr Coalition for Moving Oxnard Forward, will and hereby do move this Honorable Court

1  to stay further proceedings in this matter pending final resolution of
2  Plaintiffs' interlocutory appeal from this Court's order denying their
3  motion for a preliminary injunction. This motion is based on the record,
4  the accompanying memorandum of points and authorities, and any
5  argument to be made at the hearing on this motion.
6     This motion is made following the conference of counsel pursuant to
7  L.R. 7-3, which took place on August 9, 2021.

8    Dated:  August 16, 2021        Respectfully submitted,

9                        By:   /s/ Alan Gura
                               Alan Gura (SBN 178221)
10                                 agura@ifs.org
                               INSTITUTE FOR FREE SPEECH
11                             1150 Connecticut Avenue, N.W., Suite 801
                               Washington, DC 20036
12                             Phone: 202.967.0007
                               Fax:    202.301.3399
13
14                             Attorneys for Plaintiffs
                               Mobilize the Message, LLC; Moving
15                             Oxnard Forward, Inc.; and Starr
                               Coalition for Moving Oxnard Forward
16