UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOBILIZE THE MESSAGE LLC; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant - Appellee. | No. 21-55855 <br><br> D.C. No. 2:21-cv-05115-VAP-JPR <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered October 11, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT